JOHN GOLJA, SR., as Administrator of the Estate of JOHN GOLJA, JR., Deceased, Respondent, *v.* WARD DAVIS, Defendant, and DAVID BARCOMB et al., Appellants.

Argued March 1, 1940; decided March 15, 1940.

*J. Stanley Carter* and *Fred J. Murray* for appellants.

*J. Ernest Wharton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY; SEARS, LEWIS and CONWAY, JJ.